```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10325
    JOSEPH ANTHONY KAMINSKI
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-6331

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 06/08/2007 and was confirmed 08/23/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

       The case was converted to chapter 7 after confirmation 12/12/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG          .00          .00            .00
CHASE MANHATTAN MORTGAGE  UNSECURED        NOT FILED          .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE      880.02          .00         880.02
COLE TAYLOR BANK          CURRENT MORTG          .00          .00            .00
CITIFINANCIAL             SECURED VEHIC     6900.00       758.50        2050.30
CITIFINANCIAL             UNSECURED        NOT FILED          .00            .00
COLE TAYLOR BANK          UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED          443.35          .00            .00
BANK OF AMERICA           NOTICE ONLY      NOT FILED          .00            .00
BANK OF AMERICA           NOTICE ONLY      NOT FILED          .00            .00
BANK ONE NATIONAL PLAZA   NOTICE ONLY      NOT FILED          .00            .00
BANK AMERICA              NOTICE ONLY      NOT FILED          .00            .00
CAB SERVICES              NOTICE ONLY      NOT FILED          .00            .00
CAPITAL ONE               UNSECURED          324.25          .00            .00
CHASE                     MORTGAGE NOTI    NOT FILED          .00            .00
CHASE                     MORTGAGE NOTI    NOT FILED          .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE NOTI    NOT FILED          .00            .00
CITIBANK                  NOTICE ONLY      NOT FILED          .00            .00
CITIFINANCIAL RETAIL SER  NOTICE ONLY      NOT FILED          .00            .00
COLLECTION COMPANY OF AM  UNSECURED        NOT FILED          .00            .00
CREDIT PROTECTION         NOTICE ONLY      NOT FILED          .00            .00
DEPENDON COLLECTION SE    UNSECURED        NOT FILED          .00            .00
DISCOVER CARD             NOTICE ONLY      NOT FILED          .00            .00
FIRST MIDWEST BANK        NOTICE ONLY      NOT FILED          .00            .00
FIRST PREIMER BANK        NOTICE ONLY      NOT FILED          .00            .00
FIRST USA BANK            NOTICE ONLY      NOT FILED          .00            .00
GEMB/JC PENNEY            NOTICE ONLY      NOT FILED          .00            .00
LOWES/MBGA                NOTICE ONLY      NOT FILED          .00            .00
RECOVERY MANAGEMENT SYST  UNSECURED          726.50          .00            .00
ECAST SETTLEMENT CORP     UNSECURED          131.78          .00            .00
HSBC NV                   NOTICE ONLY      NOT FILED          .00            .00
HSBC NV                   NOTICE ONLY      NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10325 JOSEPH ANTHONY KAMINSKI
```

```
HSBC/BEST BUY            NOTICE ONLY    NOT FILED           .00           .00
IC SYSTEM                UNSECURED      NOT FILED           .00           .00
NICOR GAS                UNSECURED       1946.91            .00           .00
RSHK/CBSD                NOTICE ONLY    NOT FILED           .00           .00
SEARS/CBSD               NOTICE ONLY    NOT FILED           .00           .00
PREMIER BANKCARD         UNSECURED        365.36            .00           .00
COLE TAYLOR BANK         MORTGAGE ARRE    432.44            .00         35.13
VERIZON WIRELESS         UNSECURED        344.62            .00           .00
STEVEN A LEAHY           DEBTOR ATTY    1,666.18                        250.99
TOM VAUGHN               TRUSTEE                                        310.06
DEBTOR REFUND            REFUND                                            .00
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                4,285.00

PRIORITY                                            .00
SECURED                                        2,965.45
    INTEREST                                     758.50
UNSECURED                                           .00
ADMINISTRATIVE                                   250.99
TRUSTEE COMPENSATION                             310.06
DEBTOR REFUND                                       .00
                     ---------------        ---------------
TOTALS                 4,285.00                4,285.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 03/18/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                        PAGE   2
       CASE NO. 07 B 10325 JOSEPH ANTHONY KAMINSKI